Justin S. Pierce (State Bar #022646)
Alexandra N. Cayton (State Bar #038580)
**PIERCE COLEMAN PLLC**
17851 North 85th Street, Suite 175
Scottsdale, Arizona 85255
Tel. (602) 772-5506
Fax (877) 772-1025
Justin@PierceColeman.com
Alex@PierceColeman.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Skylar Simpson, a single woman;<br><br>　　　　Plaintiff,<br><br>v.<br><br>Mark E. Hall, P.C.; Safeguard Estate and Financial, LLC; Mark E. Hall and Jane Doe Hall, as Husband and Wife; Robert Levin and Jane Doe Levin, as Husband and Wife; XYZ Corporations I-III; ABC Partnerships I-III; John and Jane Does II-V,<br><br>　　　　Defendants. | Case No: _____<br><br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 and LRCiv 3.6 of the Local Rules of Civil Procedure of the United States District Court for the District of Arizona, Mark E. Hall, P.C., Safeguard Estate and Financial, LLC, Mark E. Hall, Jane Doe Hall, Robert Levin, and Jane Doe Levin (collectively, "Defendants") file this Notice of Removal for the following reasons:

1.　A civil action has been commenced against Defendants and is now pending in the Superior Court of Arizona, Maricopa County, Case No. CV2024-033093 with the above caption.

1

2.    Pursuant to LRCiv 3.6(b), the following documents are attached as Exhibit A:

- Summons
- Complaint
- Certificate of Compulsory Arbitration

3.    Pursuant to LRCiv. 3.6(b), the undersigned counsel verifies that, to the best of her knowledge and belief, the documents attached as Exhibit A to this Notice of Removal are true and complete copies of all pleadings and other documents filed in the state court proceeding.

4.    The Summons and Complaint were served on Safeguard Estate and Financial, LLC on December 11, 2024.  The Summons and Complaint were served on Mark E. Hall, P.C., Mark Hall, and Robert Levin on December 14, 2024.  This Notice of Removal is being filed within thirty (30) days of service of the Summons and Complaint and, therefore, is timely under 28 U.S.C. § 1446(b).

5.    This is an action over which this Court has jurisdiction pursuant to 28 U.S.C. § 1331 and which is removable to this Court pursuant to 28 U.S.C. § 1441(a) because the action involves a federal question.  Plaintiff's Complaint asserts causes of action under Title VII of the Civil Rights Act of 1964 and the Americans with Disabilities Act.  This Court has supplemental jurisdiction over the state law causes of action pursuant to 28 U.S.C. § 1367(a).

6.    Pursuant to 28 U.S.C. § 1446(d) and LRCiv 3.6(a), Defendants are contemporaneously filing a Notice of Filing of Removal with the Clerk of the Superior Court, Maricopa County, a copy of which is attached as Exhibit B.  Defendants have also on this date given written notice of this filing to Plaintiff pursuant to 28 U.S.C. § 1446(d).

7.    The undersigned counsel certifies that Defendants have consented to the removal of this action to federal court.

For the foregoing reasons, Defendants hereby remove this action from the Maricopa County Superior Court to the United States District Court for the District of Arizona.

RESPECTFULLY SUBMITTED this 9th day of January, 2025.

**PIERCE COLEMAN PLLC**

By /s/ Alexandra N. Cayton
Justin S. Pierce
Alexandra N. Cayton
17851 North 85th Street, Suite 175
Scottsdale, Arizona 85255
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2025, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing.

A copy to be mailed and emailed to:

Skylar Simpson
9443 South 44th Street
Phoenix, Arizona 85044
Skylar.simpson7@gmail.com

By:  /s/ Mary Walker

3